# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NANCY JACOBSEN, ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED,**

      **Plaintiffs,**

**-vs-**              **Case No. 6:11-cv-919-Orl-28KRS**

**KATMANDO SERVICES, INC., RONALD CHESHIRE,**

      **Defendants.**

_____

# ORDER

This case is before the Court on review of the Notice of Acceptance of Defendants' Offer of Judgment (Doc. No. 17) filed October 5, 2011. The United States Magistrate Judge has submitted a report recommending that the resolution of the case be approved.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 13, 2011 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the resolution of the case is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

3. Counsel for Plaintiff is prohibited from collecting any attorney's fees or costs from Plaintiff.

4. Counsel for Plaintiff is directed to provide a copy of this Order to Plaintiff.

5. This case is dismissed with prejudice.

6. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge